**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV13-00332 JAK (AJWx) | Date | September 5, 2013 |
| Title | Hsin-Cheng Chen v. Kelvin Sun | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING CASE FOR LACK OF PROSECUTION JS-6**

On June 13, 2013, Magistrate Judge Zarefsky issued an Order to Show Cause re Dismissal ordering Plaintiff to respond by June 21, 2013. Dkt. 13. On July 2, 2013, the case was reassigned to this Court (Dkt. 14) and a second Order to Show Cause re Dismissal was filed directing Plaintiff to either: (i) respond in writing no later than August 20, 2013 as to why the matter should not be dismissed for lack of prosecution; or (ii) file an application for the entry of default as to Defendant Kelvin Sun. Dkt. 22. There has been no response filed to either Order to Show Cause, nor has an application been filed as to the named Defendant. Therefore, the Court dismisses the matter for lack of prosecution and failure to follow the Court's Orders.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | ak |